UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURENCE ABRAMS,

          - Plaintiff,

    - against -

KINGSBRIDGE HEIGHTS CARE CENTER, INC.

          - Defendant
------------------------------------------------------------X

08-CV-02148

STATEMENT PURSUANT
TO RULE 7.1

(Document Electronically filed)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the defendant sued herein as Kingsbridge Heights Care Center, Inc. in the above-encaptioned matter certifies that the defendant does not have corporate parents, subsidiaries or affiliates that are publicly held.  To the Clerk of this Court and all parties of record:

TO:   Robert M. Agostisi, Esq.
       LITTMAN & AGOSTISI, Esqs.
       1 West Chester Street
       Long Beach, NY 11561
       T. 516-431-1000 X 255
       F: 516-431-1016

Dated: Lawrence, New York
       May 2, 2008

*s/ Paul M. Sod*
_____
Paul M. Sod (PS-9170)
337R Central Avenue
Lawrence, New York 11559
T: (516) 295-0707
F: (516) 295-0722