UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LAURENCE ABRAMS,

                Plaintiff,

- against -

KINGSBRIDGE HEIGHTS CARE CENTER, INC.,

                Defendant.
-----------------------------------------------------------x

No. 08 CV 02148 (JSR)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, and Ordered by the Court, that the above-captioned action is to be dismissed with prejudice in its entirety, and with no award of attorneys' fees, costs or disbursements to any parties.

LITTMAN & AGOSTISI, ESQS.
*Attorneys for Plaintiff*
1 West Chester Street
Long Beach, New York 11561
(516) 431-1000, x-255

_____
Robert M. Agostisi (RA0071)

LAW OFFICE OF PAUL M. SOD
*Attorneys for Defendant*
337R Central Avenue
Lawrence, NY 11559
(516) 295-0707

_____
Paul M. Sod

Dated: New York, New York
_____

**SO ORDERED:**

_____
Hon Jed S. Rakoff, U.S.D.J.